**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                                           **Telephone 212-349-0230**

**By ECF and Email**

September 18, 2023

REQUEST GRANTED.

9/18/2023  SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   U.S. v. Perez; *et al, including Sean Smith*
        23 Cr. 99 (LJL)

Dear Judge Liman:

This letter is respectfully submitted to request that I be excused from attending the conference on this matter which is scheduled for tomorrow, September 19th. I have a scheduling conflict that I cannot change. David Bertan, Esq., has graciously agreed to stand in for me tomorrow. I have spoken with Mr. Smith who consents to Mr. Bertan representing him at the conference tomorrow. On behalf of Mr. Smith I consent to the exclusion of time under the Speedy Trial Act until the next appearance before Your Honor.

Respectfully submitted,

 /s/Andrew Patel
Andrew Patel
*Counsel for Sean Smith*

cc: All counsel by ECF