**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                                    Telephone 212-349-0230

**By ECF**

August 7, 2024

> REQUEST GRANTED.
> The Sentencing hearing previously set for August 21, 2024 is RESCHEDULED to October 17, 2024 at 12:00 PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 8/8/2024   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   U.S. v. Sean Smith
      23 Cr. 99 (LJL)

Dear Judge Liman:

I am writing with the consent of the Government to respectfully request an adjournment of Mr. Smith's sentencing. I make this request primarily because we have not received the final PSR.

I have been advised by Your Honor's Chambers that October 17, 2024 at noon would be a convenient date and time for the sentencing of Mr. Smith. Assistant United States Attorney Elizabeth Espinosa has informed me that the Government consents to this request.

Respectfully submitted,

 /s/Andrew Patel
Andrew Patel
*Counsel for Sean Smith*

cc:   All counsel by ECF