**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                                          Telephone 212-349-0230

**By ECF**

October 8, 2024

> REQUEST GRANTED.
> The Sentencing hearing previously set for October 17, 2024 is rescheduled to December 12, 2024 at 3:00PM in Courtroom 15C before Judge Lewis J. Liman.
>
> 10/9/2024   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   U.S. v. Sean Smith
      23 Cr. 99 (LJL)

Dear Judge Liman:

    I am writing with the consent of the Government to respectfully request an adjournment of Mr. Smith's sentencing. I make this request primarily because I need additional time to prepare the sentencing submission for Mr. Smith.

    We respectfully request that Your Honor schedule this matter for sentencing any day that is convenient for Your Honor the week of December 9th with the exception of Friday, December 13th.[1] Assistant United States Attorney Elizabeth Espinosa has informed me that the Government consents to this request.

                                                Respectfully submitted,

                                                /s/Andrew Patel
                                                Andrew Patel
                                                *Counsel for Sean Smith*

cc:   All counsel by ECF

---

[1] I have an unmovable medical appointment on December 13, 2024.