**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                                   Telephone 212-349-0230

**By ECF**

November 27, 2024

> REQUEST GRANTED.
> The Sentencing hearing previously set for December 12, 2024 is rescheduled to January 13, 2025 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 11/27/2024   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    U.S. v. Sean Smith
       23 Cr. 99 (LJL)

Dear Judge Liman:

    I am writing with the consent of the Government to respectfully request an adjournment of Mr. Smith's sentencing. I am making this request primarily because I am currently dealing with a medical issue that has required me to be hospitalized at this time.

    We respectfully request that Your Honor schedule this matter for sentencing any day that is convenient for Your Honor sometime in mid-January 2025. Assistant United States Attorney Elizabeth Espinosa has informed me that the Government consents to this request.

Respectfully submitted,

  /s/Andrew Patel
Andrew Patel
*Counsel for Sean Smith*

cc:    All counsel by ECF